ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Botach Tactical | ) | ASBCA No. 60234 |
| | ) | |
| Under Contract No. W911S7-10-F-0055 | ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Chushim Botach

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
 Army Chief Trial Attorney
 LTC Timothy A. Furin, JA
 Trial Attorney

## ORDER OF DISMISSAL

By email dated 25 September 2015, Mr. Chushim Botach filed a notice of appeal which the Board docketed as ASBCA No. 60234. The email indicates it was sent from chushim@botach.com. In response to the Board's 28 September 2015 Order, which directed Mr. Chushim Botach to show that Botach Tactical was represented in this appeal by a person meeting the criteria of Board Rule 15, Mr. Chushim Botach submitted a 13 October 2015 email in which he stated: "Bar Kochba Botach is the owner of Botach Tactical. He can be reached at Bk@botach.com."

Mr. Bar Kochba Botach has not filed a written notice of appearance with the Board, as is required by Board Rule 15(a). The Board has received no responses from Mr. Bar Kochba Botach to Orders sent via email to bk@botach.com on 10 November and 4 December 2015.

On 2 February 2016, the Board informed Messrs. Botach that if Botach Tactical intended to pursue this appeal, a person meeting the requirements of Board Rule 15(a) should file a written notice of appearance with the Board no later than 19 February 2016. The Board Order was sent via email to Mr. Bar Kochba Botach at bk@botach.com and to Mr. Chushim Botach at chushim@botach.com, and also via USPS. No response was received by the Board.

By Order dated 24 February 2016, sent to the two email addresses set forth above, the Board again directed Messrs. Botach to file a written notice of appearance of a representative meeting the requirements of Board Rule 15(a) within 14 days of the date of the Order. The Order stated that if Botach Tactical did not comply with the Order, the Board intended to dismiss the appeal without further notice to the parties. The Board has received no response.

Without a representative meeting the requirements of Board Rule 15, the Board is unable to proceed. Accordingly, the appeal is dismissed.

Dated: 15 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60234, Appeal of Botach Tactical, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2